

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2016

No. 04-16-00142-CV

Joseph **GONZALEZ**,
Appellant

v.

**BANDERA COUNTY**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000236
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The Appellant's Amended Emergency Motion for Extension to File Appellant's Original Brief has been GRANTED. The Appellant's brief is due on June 1, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2016.



_____
Keith E. Hottle
Clerk of Court